IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 10–cv–01444–REB–KMT

BRIAN KRUPA,
ELIZABETH KOPCHAK,
FRED STONE,
ROBYN KEMP,
JUDY SAVAGE,
KATHLEEN ZELENOK,
GILDA RAMIREZ, and
WANDA SMAIL,

    Plaintiffs,

v.

UNITED AIR LINES,

    Defendant.

---

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

This matter is before me on the parties "Joint Motion for Entry of Protective Order" (Doc. No. 21, filed 3/2/2011). *Gillard v. Boulder Valley School District*, 196 F.R.D. 382 (D. Colo. 2000), set out certain requirements for the issuance of a blanket protective order such as the one sought here. Among other things, any information designated by a party as confidential must first be reviewed by a lawyer who will certify that the designation as confidential is "based on a good faith belief that [the information] is confidential or otherwise entitled to protection" under Fed. R. Civ. P. 26(c)(7). *Gillard*, 196 F.R.D. at 386.

The proposed Protective Order does not comply with the requirements established in *Gillard* regarding the good faith basis for a confidential designation. Therefore, it is ORDERED that the Motion for Protective Order is DENIED without prejudice, and the proposed Protective Order is REFUSED.

Dated: March 2, 2011