**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Case No. 10-cv-01444-WJM-KMT

BRIAN KRUPA,
ELIZABETH KOPCHAK,
FRED STONE,
ROBYN KEMP,
JUDY SAVAGE,
KATHLEEN ZELENOK,
GILDA RAMIREZ, and,
WANDA SMAIL,

     Plaintiffs,

v.

UNITED AIR LINES,

     Defendant.

---

## ORDER

---

This matter comes before the Court on the parties' Stipulation for Dismissal with prejudice (ECF No. 32) filed on March 24, 2011.  Pursuant to said Stipulation, the claims of the following Plaintiffs are hereby DISMISSED WITH PREJUDICE: Elizabeth Kopchak, Robyn Kemp, Wanda Smail, and Judy Savage.

It is therefore hereby ORDERED as follows:

1.     The claims against the Defendant brought by Elizabeth Kopchak, Robyn Kemp, Wanda Smail, and Judy Savage are DISMISSED WITH PREJUDICE.  Each party shall bear her or its own attorney's fees and costs;

1

2. This Order does not affect the claims of the remaining plaintiffs, Brian Krupa, Fred Stone, Kathleen Zelenok, or Gilda Ramierez; and

3. The case caption is to be amended accordingly.

Dated this 25th day of March, 2011.

BY THE COURT:

_____
William J. Martínez
United States District Judge